IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
CIVIL DIVISION

**JOALLEN CAMPBELL**                                                             **PLAINTIFF**

VS.                            32CV-19-280

**DOLGENCORP, LLC d/b/a**
**DOLLAR GENERAL STORE**                                      **DEFENDANT**

### COMPLAINT

### JURISDICTION AND VENUE

1. The Circuit Court of Independence County, Arkansas has jurisdiction of this case because of the fact the Plaintiff is seeking damages against the Defendant in this civil proceeding thereby giving this Court jurisdiction under Ark. Const. Art. 7 § 11 and Ark. Code Ann. § 16-13-201.

2. The venue for this action is in Independence County, Arkansas pursuant to the provisions of the General Venue Statute at Ark. Code Ann. § 16-60-601.

### PARTIES

3. Plaintiff is a resident of 290 East 6th Street, Newark, Independence County, Arkansas 72562.

4. The Defendant is Dolgencorp, LLC d/b/a Dollar General Store which operates a business where this incident occurred at 925 24th Street, Batesville, Independence County, Arkansas 72501. The agent for service for

DATE: DECEMBER 9, 2019
TIME: 13:38:01
INDEPENDENCE COUNTY, ARKANSAS
CIRCUIT CLERK GREG WALLIS
FILED FOR RECORD BY
CARMEN DUNCAN D.C.

EXHIBIT 1

this corporate Defendant is as follows: Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201.

## FACTUAL BACKGROUND AND ALLEGATIONS, UNDER COUNT I

5. This incident occurred on September 3, 2019 at the facility operated by the Defendant in Batesville, Independence County, Arkansas.

6. Plaintiff fell outside the Dollar General store. There was a pipe coming from the building that continues to pour water onto the pavement, and as she was walking toward the store, she walked between a black truck and the building, slipped and fell from the water coming from the pipe, which has been a continuous problem thereby putting the Defendant on notice of the problem of water being in this area.

7. When the Plaintiff got onto her feet, she went inside the store and spoke with an employee, who told her that, "he's reported the pipe to Dollar General and they haven't done anything about it." This individual further told her that he parked his truck in that spot every day to prevent people from the pipe and the water.

## COUNT I

8. As a cause of action and ground for relief, Plaintiff alleges the factual matters described in paragraphs no.1 through 7, inclusive, of the Complaint as a part of this Count.

EXHIBIT 1

9. Plaintiff was a business invitee on the premises at the time of this incident.

10. This incident was caused by the negligence of the Defendant, which consists of, but is not limited to, the following, which negligence was a proximate cause of the alleged damages and injuries sustained by the Plaintiff, viz:

a. Failure to keep the premises in a safe condition for the Plaintiff, who was a business invitee at the time of the occurrence;

b. Was otherwise guilty of negligence;

c. Knew of the dangerous condition, and failed to do anything about it, and this condition was a daily occurrence because the pipe discharged water out on the premises causing the pavement to be slick.

d. Failed to use ordinary care under the circumstances;

e. Was otherwise guilty of negligence which will be more particularly described during the course of the litigation.

## DAMAGES

11. Plaintiff sustained injuries and damages, which injuries and damages consist of, but are not limited to, the following, viz:

a. Permanent partial impairment;

b. Past and future medical expense;

EXHIBIT 1

    c.    Past and future pain and suffering;

    d.    Past and future mental anguish;

    e.    Loss of ability to earn in the future;

    f.    Past and future lost wages;

    g.    Scars, disfigurement and other visible results of her injuries;

    h.    Other damages that will be more particularly described during the course of the litigation.

12. Plaintiff demands judgment against the Defendant for a sum in excess of the minimum jurisdictional requirements for Federal Court, costs, and all other relief to which the Plaintiff may be entitled.

## JURY DEMAND

13. Plaintiff, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands a jury trial on all factual issues.

JOALLEN CAMPBELL, PLAINTIFF

By: _____
DAVID A. HODGES
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, Arkansas 72201
Arkansas Bar No. 65021
Telephone:   (501) 374-2400
Facsimile:   (501) 374-8926
E-Mail:   david@hodgeslaw.com
Web:   www.hodgeslaw.com

EXHIBIT 1

CIRCUIT CLERK GREG WALLIS
FILED FOR RECORD BY
CARMEN DUNCAN D.C.
DATE: DECEMBER 9, 2019
TIME: 13:38:05

## IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
## CIVIL DIVISION

**JOALLEN CAMPBELL**                                                    **PLAINTIFF**

VS.

32 CV-19-280

**DOLGENCORP, LLC d/b/a
DOLLAR GENERAL STORE**                                                  **DEFENDANT**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Corporation Service Company
Agent for Service of Dolgencorp, LLC d/b/a
Dollar General Store
300 Spring Building, Suit e900
300 S. Spring Street
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: David Hodges
Attorney at Law,
212 Center Street, 5th Floor
Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

By: Carmen Duncan, D.C.
[Signature of Clerk or Deputy Clerk]

Address of Clerk's Office
Greg Wallis
192 East Main St.
Batesville, AR 72501

Date: December 9, 2019

EXHIBIT 2

[SEAL]

No. _____ This summons is for _Dohlgencorp, LCL d/b/a Dollar General Store_____ (name of Defendant).

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:
_____

EXHIBIT 2

---

My fee is $ ____.

EXHIBIT 2

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                             [Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

EXHIBIT 2

_____

_____

EXHIBIT 2