# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOALLEN CAMPBELL                                                              PLAINTIFF

v.                                    No. 3:20-cv-8-DPM

DOLGENCORP, LLC                                                               DEFENDANT

## JUDGMENT

Campbell's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

3 June 2021